1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  RONALD W. DAVIS
6

7
                **UNITED STATES DISTRICT COURT**
8
                **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  RONALD W. DAVIS,                    )  Case No.:  2:14-CV-01802-EFB
                                        )
12           Plaintiff,                 )  STIPULATION AND ~~PROPOSED~~
                                        )  ORDER TO EXTEND BRIEFING
13      vs.                             )  SCHEDULE
                                        )
14  CAROLYN COLVIN, Acting              )
                                        )
15  Commissioner of Social Security,    )
                                        )
16           Defendant                  )
                                        )

17
        TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE
18
    JUDGE OF THE DISTRICT COURT:
19
        Plaintiff Ronald W. Davis ("Plaintiff") and defendant Carolyn Colvin,
20
    Acting Commissioner of Social Security ("Defendant"), through their undersigned
21
    counsel of record, hereby stipulate, subject to the approval of the Court, to extend
22
    the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand
23
    to March 16, 2015; and that Defendant shall have until April 15, 2015, to file his
24
    opposition.  Any reply by plaintiff to be due May 6, 2015.
25

26

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 26, 2015        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff RONALD W. DAVIS

DATED:  January 26, 2015      BENJAMIN WAGNER
United States Attorney


*/S/- Henry Chi

_____
Henry Chi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including March 16, 2015, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to April 15, 2015
4 to file his opposition, if any is forthcoming.  Any reply by plaintiff continues to be
5 due May 6, 2015.
6  IT IS SO ORDERED.
7 DATE:  January 29, 2015

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE