BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD W. DAVIS, | ) CIVIL NO. 2:14-cv-01802-EFB |
|     Plaintiff, | ) |
| v. | ) **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) **ORDER FOR A FIRST EXTENSION OF** |
| CAROLYN W. COLVIN, | ) **TIME FOR DEFENDANT TO RESPOND** |
| | ) **TO PLAINTIFF'S OPENING BRIEF** |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Motion to Remand.  Counsel for Defendant requests this extension in light of other district court litigation and other litigation matters.

The current due date is April 15, 2015.  The new due date will be June 1, 2015.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: April 14, 2015

*/s/ Steven G. Rosales*
(by telephonic authorization on April 14, 2015)
Steven G. Rosales

Attorney for Plaintiff

Dated: April 15, 2015

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ *Henry L. Chi*
Henry L. Chi
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  April 16, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2
Davis
Stip. and ~~Proposed~~ Order for First Extension - 2:14-cv-01802-EFB