BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD W. DAVIS, | CIVIL NO. 2:14-cv-01802-EFB |
|     Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's Motion to Remand.  Defendant apologizes for seeking a second extension, but this is

necessitated due to other district court litigation, Ninth Circuit litigation, and other litigation matters.

The current due date is June 1, 2015. The new due date will be July 1, 2015. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: May 29, 2015 */s/ Steven G. Rosales*
(by email authorization on May 28, 2015 )
Steven G. Rosales

Attorney for Plaintiff

Dated: May 29, 2015 BENJAMIN B. WAGNER
United States Attorney

By: */s/ Henry L. Chi*
Henry L. Chi
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: June 1, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE